IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LLOYD JOHN ROMERO,<br><br>Defendant. | CR 11-10-BLG-SPW<br><br><br>ORDER |

On October 2, 2024, Defendant Lloyd John Romero filed a pro se Motion for

Early Termination of Supervised Release (Doc. 76).  As the Defendant has a pending

petition for revocation with an initial appearance set for January 8, 2025, the Court

DENIES the Defendant's Motion for Early Termination of Supervised Release (Doc.

76).

DATED this ___6th___ day of January, 2025.

SUSAN P. WATTERS
United States District Judge